# United States Court of Appeals
## For the First Circuit

No. 22-1451

FRED KLEINER,

on behalf of himself and all others similarly situated,
Plaintiff, Appellant,

v.

CENGAGE LEARNING HOLDINGS II, INC.; CENGAGE LEARNING, INC.,

Defendants, Appellees,

DOE AFFILIATED ENTITIES 1-10,

Defendants.

**JUDGMENT**

Entered: April 19, 2023

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Richard G. Stearns, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Edward Vincent Colbert III, David Koha, David Slarskey, Richard Weingarten, Michael Ross Gottfried